B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ruiz, Dawn Marie** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Ruiz, Manuel** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1696** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5195** |
| Street Address of Debtor (No. and Street, City, and State):<br>**13478 W. Victoria Lane<br>Beach Park, IL**     ZIP Code **60083** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**13478 W. Victoria Ln.<br>Beach Park, IL**     ZIP Code **60083** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br><br> ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br> ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ruiz, Dawn Marie**<br>**Ruiz, Manuel** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Marcelino Diaz**          **September  8, 2011**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Marcelino Diaz 6271542** |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                  Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Ruiz, Dawn Marie**
**Ruiz, Manuel**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dawn Marie Ruiz**
Signature of Debtor  **Dawn Marie Ruiz**

X **/s/ Manuel Ruiz**
Signature of Joint Debtor **Manuel Ruiz**

Telephone Number (If not represented by attorney)

**September  8, 2011**
Date

### Signature of Attorney*

X **/s/ Marcelino Diaz**
Signature of Attorney for Debtor(s)

**Marcelino Diaz 6271542**
Printed Name of Attorney for Debtor(s)

**Law Offices of Marcelino Diaz**
Firm Name

**2215 W. Grand Avenue**
**Suite A**
**Waukegan, IL 60085**

Address

**Email: lawyermdiaz@yahoo.com**
**(847) 244-7288  Fax: (847) 244-7294**
Telephone Number

**September  8, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dawn Marie Ruiz**
       **Manuel Ruiz**

Debtor(s)

Case No. _____

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Dawn Marie Ruiz**
                        **Dawn Marie Ruiz**

Date:    **September  8, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dawn Marie Ruiz**
**Manuel Ruiz**
_____     Case No. _____
                        Debtor(s)    Chapter    **7**     _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Manuel Ruiz**
                                 **Manuel Ruiz**

Date:   **September 8, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dawn Marie Ruiz,**
      **Manuel Ruiz**

               Debtors

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 270,000.00 | | |
| B - Personal Property | Yes | 3 | 12,510.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 455,666.72 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 65,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | 590,673.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,780.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,107.00 |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 282,510.00 | | |
| Total Liabilities | | | | 1,111,339.73 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dawn Marie Ruiz,**  
**Manuel Ruiz**  

Case No. _____

,

Debtors  Chapter _____ **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 65,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 65,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,780.00 |
| Average Expenses (from Schedule J, Line 18) | 6,107.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,550.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 185,666.72 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 65,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 590,673.01 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 776,339.73 |

B6A (Official Form 6A) (12/07)

.

In re   **Dawn Marie Ruiz,**                                    Case No. _____
        **Manuel Ruiz**
_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13478 W. Victoria Lane<br>Beach Park, IL 60083** | **Fee simple** | **J** | **220,000.00** | **350,000.00** |
| **1528 Owen Ave Racine, Wisconsin 53403** | **Fee simple** | **J** | **50,000.00** | **52,150.00** |

|  | | |
|---|---|---|
| Sub-Total > | **270,000.00** | (Total of this page) |
| Total > | **270,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Dawn Marie Ruiz,**                                    Case No. _____
        **Manuel Ruiz**

_____ ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank** **Checking Account # 819743741** | - | 50.00 |
| | | **TCF Checking Account** | J | 3,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and household goods** | - | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, family Bible and photos, music and movie CD's** | - | 500.00 |
| 6. Wearing apparel. | | **Clothing and accesories** | - | 1,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            **6,550.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
         **Manuel Ruiz**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
     **Manuel Ruiz**

Case No. _____

                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Toyota Avalon | - | 2,500.00 |
| | | 2000 Chrysler Concord 155000 miles | J | 1,750.00 |
| | | 2000 dodge Ram Pick Up | J | 1,610.00 |
| | | 1997 Volks Wagon Passat no transmission will be junked. | J | 100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **5,960.00**
(Total of this page)
Total >     **12,510.00**

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Dawn Marie Ruiz,**
        **Manuel Ruiz**                                        Case No. _____

                                   Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:           ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **13478 W. Victoria Lane** | **735 ILCS 5/12-901** | **15,000.00** | **220,000.00** |
| **Beach Park, IL 60083** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Bank** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking Account # 819743741** | | | |
| **TCF Checking Account** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture and household goods** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, family Bible and photos, music and movie CD's** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Toyota Avalon** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **2,500.00** |
| **2000 Chrysler Concord 155000 miles** | **735 ILCS 5/12-1001(c)** | **1,750.00** | **1,750.00** |
| **2000 dodge Ram Pick Up** | **735 ILCS 5/12-1001(c)** | **650.00** | **1,610.00** |
| | **735 ILCS 5/12-1001(b)** | **960.00** | |
| **1997 Volks Wagon Passat no transmission will be junked.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |

                                                        Total:    **25,910.00**    **231,010.00**

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Dawn Marie Ruiz,**
**Manuel Ruiz**
_____,
Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **1061100204149** | | | | 04/06 | | | | | |
| **America's Servicing Co** | | | J | 13478 W. Victoria Lane Beach Park, IL 60083 | | | | | |
| | | | | Value $           **220,000.00** | | | | **322,038.00** | **102,038.00** |
| Account No. **1565303041122** | | | | 03/05 | | | | | |
| **Chase** PO Box 24696 Columbus, OH 43224 | | | J | 1528 Owen Ave Racine, Wisconsin 53403 | | | | | |
| | | | | Value $             **50,000.00** | | | | **52,150.00** | **2,150.00** |
| Account No. **0000227413** | | | | 03/15/2011 | | | | | |
| **SN Servicing Corporation** 323 5th street Racine, WI 53403 | | | J | Second Mortgage 13478 W. Victoria Lane Beach Park, IL 60083 | | | | | |
| | | | | Value $           **220,000.00** | | | | **81,478.72** | **81,478.72** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | **455,666.72** | **185,666.72** |
| | Total (Report on Summary of Schedules) | **455,666.72** | **185,666.72** |

B6E (Official Form 6E) (4/10)

.

In re    **Dawn Marie Ruiz,**
         **Manuel Ruiz**

Case No. _____

,
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    1    </u>  continuation sheets attached

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Dawn Marie Ruiz,**
         **Manuel Ruiz**

Case No. _____

Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 397-701696<br><br>**Illinois Department of Revenue**<br>**P.O. Box 19043**<br>**ICS Payment and Correspondence Unit**<br>**Springfield, IL 62794** | - | | 2004, 2005, 2006, 2007 and 2008 | | | | **5,000.00** | **0.00** | **5,000.00** |
| Account No. 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<br><br>**Internal Revenue Service**<br>**P.O. Box 970024**<br>**Saint Louis, MO 63197-0024** | - | | 2002, 2004, 2005, 2006, 2007 and 2008 | | | | **60,000.00** | **0.00** | **60,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **65,000.00** | **0.00**<br>**65,000.00** |
| Total (Report on Summary of Schedules) | **65,000.00** | **0.00**<br>**65,000.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Dawn Marie Ruiz,**
       **Manuel Ruiz**
                                                          Case No. _____
                            ,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 447970-423503<br><br>**Account Receivable Collections**<br>P.O. Box 42220 Dept B<br>Cincinnati, OH 45242 | | - | **Cash Flow Solutions** | | | | 300.00 |
| Account No. D32799<br><br>**Account Recovery Services**<br>3031 N 114th st<br>Milwaukee, WI 53222 | | J | 06/10<br>**US Cellular** | | | | 171.00 |
| Account No. 000765081<br><br>**AFNI Insurance Services**<br>PO BOX 3068<br>Bloomington, IL 61702 | | J | 01/23/2010<br>**USAA** | | | | 11,228.15 |
| Account No. 473-01<br><br>**Afni, Inc.**<br>404 Brock Drive<br>Bloomington, IL 61702-3517 | | - | 2008<br>**US Cellular cell phone bill** | | | | 490.00 |

_ 42 _ continuation sheets attached

Subtotal
(Total of this page)            **12,189.15**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        S/N:40499-110729   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
　　　　 **Manuel Ruiz**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 08361584108 | | | J | 04/19/2011 | | | | |
| **Allied interstate** **3000 Corporate Exchange Driv** **5 th Floor** **Columbus, OH 43231** | | | | | | | | 136.68 |
| Account No. **Mosiaco** | | | - | client ref No. 9802-68268 placement ID 0238-7437-16 | | | | |
| **Allied Interstate Inc.** **P.O. Box 5023** **Consumer Service Department** **New York, NY 10163** | | | | | | | | 100.00 |
| Account No. 912851922 | | | J | 9/29/2009 | | | | |
| **allstate** **PO BOX 3589** **Akron, OH 44309** | | | | | | | | 269.55 |
| Account No. 0741 | | | - | collections for medical bill Quest Diagnostics | | | | |
| **AMCA Collection Agency** **2269 S. Saw Mill River Road Bldg 3** **Elmsford, NY 10523** | | | | | | | | 155.00 |
| Account No. 113-36 | | | - | 2007 Insurance bill | | | | |
| **American Family Insurance Group** **6000 American PKWY** **Madison, WI 53783** | | | | | | | | 100.00 |

Sheet no. _**1**___ of _**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

761.23

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
      **Manuel Ruiz**                                    Case No. _____

_____,
            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2731724705<br><br>AR Resources, Inc.<br>PO Box 10336<br>Jacksonville, FL 32247 | | J | 06/20/2008<br>vista imaging | | | | 50.00 |
| Account No. 7767700014579364<br><br>Aspire/Cb&T<br>Po Box 105555<br>Atlanta, GA 30348 | | - | Opened 11/25/05 Last Active 7/01/09<br>CreditCard | | | | 704.00 |
| Account No. 475334612-1189<br><br>Aurora Health Care Metro<br>PO BOX 341100<br>Milwaukee, WI 53234 | | J | 07/2011<br>medical | | | | 25,532.05 |
| Account No. 475334612-1195<br><br>Aurora Health Care MEtro<br>PO BOX 341100<br>Milwaukee, WI 53234 | | J | 07/2011<br>medical | | | | 2,034.58 |
| Account No. 475334612-1220<br><br>Aurora Health Care MEtro<br>PO BOX 341100<br>Milwaukee, WI 53234 | | J | 08/2011<br>medical | | | | 639.00 |

Sheet no. __2__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **28,959.63**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **475334612-1221** <br><br> **Aurora Health Care MEtro** <br> **PO BOX 341100** <br> **Milwaukee, WI 53234** | J | | | 08/2011 medical | | | | 39,607.57 |
| Account No. **40017782** <br><br> **Aurora Medical Center Kenosha** <br> **10400 75th street** <br> **Kenosha, WI 53142** | J | | | 2011 medical | | | | 4,000.00 |
| Account No. **4213** <br><br> **Bay Area Credit ServiceLLC** <br> **50 Airport Pkwy** <br> **Suite 100** <br> **San Jose, CA 95110** | - | | | 2006 Talk America | | | | 230.00 |
| Account No. **604-36** <br><br> **Beta Finance Company, Inc.** <br> **P.O. Box 660232** <br> **Indianapolis, IN 46266** | - | | | | | | | 6,500.00 |
| Account No. **8167** <br><br> **Brookfield Emergency Physicians, SC** <br> **P.O. Box 13648** <br> **Wauwatosa, WI 53213-0648** | - | | | 01/22/2008 medical hospital bills | | | | 220.00 |

Sheet no. __3__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,557.57

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
**Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 42191446 | | | Opened 4/13/09 Last Active 6/01/09 Collection Us Cellular | | | | |
| Bureau Of Collection R (Original Cr 7575 Corporate Way Eden Prairie, MN 55344 | - | | | | | | |
| | | | | | | | 578.00 |
| Account No. H732622 | | | 909/2010 parking tickets | | | | |
| Bureau of Parking/ Compliance 106 N. Martin Luther King jr. Ave Waukegan, IL 60085 | | J | | | | | |
| | | | | | | | 730.00 |
| Account No. 880233 | | | 2007 tuition original creditttor | | | | |
| C.B. U.S.A. Inc. Meunich Court and Hohman Ave. P.O. Box 8000 Hammond, IN 46325-8000 | - | | | | | | |
| | | | | | | | 505.00 |
| Account No. 416085513478014 | | | 01/01/2011 | | | | |
| Cambridge At Heatherstone PO BOX 66416 Chicago, IL 60666 | | J | | | | | |
| | | | | | | | 971.90 |
| Account No. 4160 855 13478014 | | | 07/30/2010 | | | | |
| Cambridge At Heatherstone PO BOX 66416 Chicago, IL 60666 | | J | | | | | |
| | | | | | | | 1,000.00 |

Sheet no. __4___ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,784.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13478014**<br><br>**Cambridge At Heatherstone HOA**<br>**C/O Foster Premier Inc.**<br>**P.O. Box 66416**<br>**Chicago, IL 60666-0416** | - | | 1/31/2009<br>Home owners assoc. dues | | | | 450.00 |
| Account No. **51780588**<br><br>**Cap One**<br>**P.O. Box 60024**<br>**City Of Industry, CA 91716-0024** | | J | 08/10 | | | | 691.00 |
| Account No. **5178-0588-8661-1329**<br><br>**Capital One**<br>**Po Box 6492**<br>**Carol Stream, IL 60197** | | J | 06/28/2011<br>credit | | | | 691.15 |
| Account No. **8178058886611329**<br><br>**Capital One Bank**<br>**PO BOX 71083**<br>**Charlotte, NC 28272** | | J | 06/08/2011<br>bank | | | | 691.15 |
| Account No. **3424**<br><br>**Cardmember Service**<br>**P. O. Box 790408**<br>**Saint Louis, MO 63179-0408** | - | | 2008<br>credit card | | | | 1,400.00 |

Sheet no. __5___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,923.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **117433574**<br><br>**Cbe Group (Original Creditor:Elmbro<br>131 Towe Park Dr Suite 1<br>Waterloo, IA 50702** | - | | | Opened 10/02/09  Last Active 11/01/09<br>Collection Elmbrook Memorial | | | | 1,088.00 |
| Account No. **4239801027690680**<br><br>**Ccs/First National Ban<br>500 E 60th St N<br>Sioux Falls, SD 57104** | - | | | Opened  2/11/09  Last Active 11/01/09<br>CreditCard | | | | 323.00 |
| Account No. **500776**<br><br>**Centurion Service Corporation<br>1606 Colonial Parkway<br>Inverness, IL 60067-4738** | | | J | 02/07/2011<br>schooling | | | | 359.90 |
| Account No. **105**<br><br>**Certifed Svc (Original Creditor:Med<br>1733 Washington<br>Suite 201<br>Waukegan, IL 60079** | | | J | 07/07<br>med | | | | 473.00 |
| Account No. **526178402**<br><br>**Certified Services<br>PO BOX 177<br>Waukegan, IL 60079** | | | J | 04/13/2011<br>Condell, Dr. Quinn, Norstates Bank, Vernon<br>Hills Pediatrics, Global Imaging | | | | 3,639.40 |

Sheet no. __6___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,883.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
       **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **476232243** <br><br> **Certified Services** <br> **1733 Washington St** <br> **Ste 201** <br> **Waukegan, IL 60085** | | J | **01/27/2011** <br> **global medical** | | | | 520.00 |
| Account No. **10056Q** <br><br> **Certified Services** <br> **1733 Washington St** <br> **Ste 201** <br> **Waukegan, IL 60085** | | J | **05/07** <br> **Norstate Bank** | | | | 665.00 |
| Account No. **99** <br><br> **Certified Services** <br> **1733 Washington St** <br> **Ste 201** <br> **Waukegan, IL 60085** | | J | **12/06** <br> **med** | | | | 569.00 |
| Account No. **2119** <br><br> **Certified Services** <br> **1733 Washington St** <br> **Ste 201** <br> **Waukegan, IL 60085** | | J | **01/11** <br> **med** | | | | 520.00 |
| Account No. <br><br> **Certified Services Inc** <br> **201 Waukegan** <br> **Waukegan, IL 60085** | | J | | | | | 0.00 |

Sheet no. __7__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,274.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
       **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **518024949**<br><br>**certified Services inc**<br>**PO BOX 177**<br>**Waukegan, IL 60079** | | J | | 04/03/2011<br>**global imaging** | | | | 410.00 |
| Account No. **261876.1**<br><br>**Certified Services INC**<br>**PO BOX 177**<br>**Waukegan, IL 60079** | | J | | 06/06/2011 | | | | 317.00 |
| Account No. **10056Q1845**<br><br>**Certified Services Inc (Original Cr**<br>**1733 Washington St Ste 2**<br>**Waukegan, IL 60085** | | - | | **Opened  5/16/07  Last Active  6/01/08**<br>**Collection Norstates Bank** | | | | 665.00 |
| Account No. **993885**<br><br>**Certified Services Inc (Original Cr**<br>**1733 Washington St Ste 2**<br>**Waukegan, IL 60085** | | - | | **Opened 12/04/06  Last Active  2/01/07**<br>**Collection Condell Acute Care** | | | | 2,000.00 |
| Account No. **1059111**<br><br>**Certified Services Inc (Original Cr**<br>**1733 Washington St Ste 2**<br>**Waukegan, IL 60085** | | - | | **Opened  7/03/07  Last Active  9/01/07**<br>**Collection Condell Acute Care** | | | | 473.00 |

Sheet no. __8__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,865.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **17140C**<br><br>**Certified Services Inc (Original Cr<br>1733 Washington St Ste 2<br>Waukegan, IL 60085** | - | | | | Opened 10/01/08 Last Active 12/01/08<br>Collection Vernon Hills Pediatrics | | | | 235.00 |
| Account No. **17141A**<br><br>**Certified Services Inc (Original Cr<br>1733 Washington St Ste 2<br>Waukegan, IL 60085** | - | | | | Opened 2/13/07 Last Active 4/01/07<br>Collection Vernon Hills Pediatrics | | | | 220.00 |
| Account No. **17141B**<br><br>**Certified Services Inc (Original Cr<br>1733 Washington St Ste 2<br>Waukegan, IL 60085** | - | | | | Opened 9/25/08 Last Active 12/01/08<br>Collection Vernon Hills Pediatrics | | | | 150.00 |
| Account No. **10040Q4499**<br><br>**Certified Services Inc (Original Cr<br>1733 Washington St Ste 2<br>Waukegan, IL 60085** | - | | | | Opened 6/28/07 Last Active 6/01/08<br>Collection Dr.Quinn Ankle | | | | 113.00 |
| Account No. **17140B**<br><br>**Certified Services Inc (Original Cr<br>1733 Washington St Ste 2<br>Waukegan, IL 60085** | - | | | | Opened 2/13/07 Last Active 4/01/07<br>Collection Vernon Hills Pediatrics | | | | 75.00 |

Sheet no. __9__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

793.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**                                                Case No. _____
         **Manuel Ruiz**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | J | | 3/2011 | | | | |
| **Certified Services Inc.** **PO Box 177** **Waukegan, IL 60079-0177** | | | | | | | | 2,537.19 |
| Account No. 624036 | | - | | Medical bill for Winslow Chiropractic | | | | |
| **Cetified Services, Inc.** **P.O. Box 177** **Waukegan, IL 60079-0177** | | | | | | | | 300.00 |
| Account No. 000000819743741 | | J | | 01/05 | | | | |
| **Chase** **PO Box 24696** **Columbus, OH 43224** | | | | | | | | 400.00 |
| Account No. 15663646000000 | | J | | 02/97 loan | | | | |
| **Chase** **PO Box 24696** **Columbus, OH 43224** | | | | | | | | 92,025.00 |
| Account No. 5303041122 | | J | | 5/2011 credit | | | | |
| **Chase** **PO Box 9001020** **Louisville, KY 40290** | | | | | | | | 674.61 |

Sheet no. __10__ of __42__ sheets attached to Schedule of                    Subtotal               95,936.80
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
         **Manuel Ruiz**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HCHG 09 25 07 SOD 4-03 0 4BLN**  **Chicago Home** P.O. Box 52780 Boulder, CO 80322-7280 | - | | | | | | 25.00 |
| Account No. **450123**  **Citi-Bp Oil** Po Box 6497 Sioux Falls, SD 57117 | - | | Opened  6/01/01  Last Active  8/01/06 CreditCard | | | | **Unknown** |
| Account No. **700297604**  **city of Evanston Citation Process** PO BOX 3214 Milwaukee, WI 53201 | | J | 05/13/2011 tickets | | | | 25.00 |
| Account No. **COU153851**  **Clinic of Urology** PO BOX 14457 Milwaukee, WI 53214 | | J | 08/2011 medical | | | | 700.00 |
| Account No. **9004682**  **Collection Company Of (Original Cre** 700 Longwater Dr Norwell, MA 02061 | - | | Opened  3/05/07 Collection Affirmative Insurance | | | | **Unknown** |

Sheet no. __11__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

750.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
       **Manuel Ruiz**

Case No. _____

_____ ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15-880-5153** | | | At & T  bill | | | | |
| **Collection Company Of America** P.O. Box 806 Norwell, MA 02061-2370 | - | | | | | | 300.00 |
| Account No. **50440870165** | | | 5/13/2007 BMG | | | | |
| **columbia house video club** PO BOX 91601 Rantoul, IL 61866 | | J | | | | | 76.88 |
| Account No. **8771 10 019 0671105** | | | 04/15/2011 cable | | | | |
| **Comcast Cable** P.O. Box 3002 Southeastern, PA 19398-3002 | | J | | | | | 175.14 |
| Account No. **2200479225** | | | 05/24/2011 | | | | |
| **ComEd** P.O. Box 6111 Carol Stream, IL 60197-6111 | | J | | | | | 94.94 |
| Account No. **2200479225** | | | 04/25/2011 electricity | | | | |
| **ComEd** P.O. Box 6111 Carol Stream, IL 60197-6111 | | J | | | | | 136.61 |

Sheet no. __12__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

783.57

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

                                             ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 08030941329 | | | | 2011 medical | | | | |
| **Common Wealth Edison** **two wells ave** **Newton Center, MA 02459** | | J | | | | | | 98.00 |
| Account No. 622415 | | | | 01/21/2009 Newport Fire | | | | |
| **Computer Credit Services** **5340 N. Clark St.** **Chicago, IL 60640** | | J | | | | | | 620.00 |
| Account No. 2263794881.1 | | | | 10/30/2010 medical | | | | |
| **Consolidated Pathology Consultants** **75 Remittance Dr.** **Suite 1895** **Chicago, IL 60675-1895** | | J | | | | | | 24.00 |
| Account No. 2263786199.1 | | | | 02/24/2011 Lake forest Clincal ER | | | | |
| **Consolidated Pathology Consultants** **75 Remittance Dr.** **Suite 1895** **Chicago, IL 60675-1895** | | J | | | | | | 48.00 |
| Account No. 274699889.1 | | | | 04/27/2010 physician | | | | |
| **Consolidated Pathology Consultants** **75 Remittance Dr.** **Suite 1895** **Chicago, IL 60675-1895** | | J | | | | | | 18.00 |

Sheet no. __13__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

808.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CPA**<br>**P. O. Box**<br>**Dallas, TX 75380** | - | | | | **2007**<br>**Comcast Cable** | | | | 260.00 |
| Account No. **47016**<br><br>**Credit collection Services**<br>**Two wells Avenue**<br>**Dept. 9135**<br>**Newton Center, MA 02459** | - | | | | **2008**<br>**Allstate Ins. company** | | | | 270.00 |
| Account No. **944915**<br><br>**Credit Management Cont (Original Cr**<br>**Po Box 1654**<br>**Green Bay, WI 54305** | - | | | | **Opened 9/24/08  Last Active  7/01/06**<br>**Collection Derose Dental Office S.C.** | | | | 210.00 |
| Account No. **39966052**<br><br>**Credit Management Lp (Original Cred**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | - | | | | **Opened 5/13/09  Last Active  8/01/09**<br>**Collection Comcast Chicago Seconds - 1000** | | | | 259.00 |
| Account No. **Invoice 0462483**<br><br>**Dee Sign Company**<br>**6163 Allen Road**<br>**West Chester, OH 45069** | - | | | | **Order number 481523** | | | | 2,600.00 |

Sheet no. __14__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,599.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
        **Manuel Ruiz**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **703078375**<br><br>**Dept 542**<br>**PO BOX 4115**<br>**Concord, CA 94524** | | J | 06/15/2010<br>collection | | | | 171.68 |
| Account No. **67961**<br><br>**Division of Business Management**<br>**PO BOX 7915**<br>**Madison, WI 53707** | | J | 01/23/2010 | | | | 4,041.73 |
| Account No.<br><br>**domino**<br>**PO Box 37760**<br>**Boone, IA 50037-0760** | | - | 2007<br>mag sub | | | | 20.00 |
| Account No. **4142438**<br><br>**Durham & Durham L.L.P.**<br>**5665 New Northside Drive**<br>**Suite 340**<br>**Atlanta, GA 30328** | | J | 09/3/2010<br>law services | | | | 539.00 |
| Account No. **4142438**<br><br>**Durham & Durham L.L.P.**<br>**5665 New Northside Drive**<br>**Suite 340**<br>**Atlanta, GA 30328** | | J | 09/03/2010<br>Midway Emergency Physicians | | | | 539.00 |

Sheet no. __15__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,311.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
**Manuel Ruiz**
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5155-9900-5124-1994** | | | 04/25/2011 HSBC collector | | | | |
| **Echelon Recovery INC** PO Box 1880 Voorhees, NJ 08043 | | J | | | | | 416.91 |
| Account No. **4428-2800-3827--6378** | | | | | | | |
| **Elan Financial Services** P.O. Box 108 Saint Louis, MO 63166-9801 | | - | | | | | 2,000.00 |
| Account No. | | | 2007 mag. sub. | | | | |
| **Elle decor** P.O. Box 55850 Boulder, CO 80322-5850 | | | | | | | 15.00 |
| Account No. **2329** | | | 01/22/2008 medical, hospital bill | | | | |
| **Elmbrook Memorial** Box 68-9540 Milwaukee, WI 53268 | | - | | | | | 1,100.00 |
| Account No. **8360030828769** | | | 08/2011 medical | | | | |
| **Ermed SC** PO BOX 78012 Milwaukee, WI 53278 | | J | | | | | 443.00 |

Sheet no. __16__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,974.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
**Manuel Ruiz**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8360030770562**<br><br>**Ermed SC**<br>**PO BOX 78012**<br>**Milwaukee, WI 53278** | | J | 08/2011<br>medical | | | | 663.00 |
| Account No. **Invoice 17410**<br><br>**Farmer, Poklop, Hoppa & Company**<br>**1100 S. Old Rand Road**<br>**Certified Public Accountants**<br>**Lake Zurich, IL 60047** | | - | | | | | 800.00 |
| Account No. **14955601**<br><br>**Fidelity Information C (Original Cr**<br>**Po Box 49938**<br>**Los Angeles, CA 90049** | | - | Opened 9/12/06 Last Active 9/01/07<br>Collection Midwest Center | | | | 483.00 |
| Account No. **5178007590063582**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | - | Opened 9/03/06 Last Active 11/01/09<br>CreditCard | | | | 375.00 |
| Account No. **5178007979480076**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | - | Opened 7/20/08 Last Active 11/01/09<br>CreditCard | | | | 299.00 |

Sheet no. __17__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,620.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
        **Manuel Ruiz**

Case No. _____

_____,
             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **21046204**<br><br>**first Source**<br>**8755 West Higgins Suite 800**<br>**Chicago, IL 60631** | | J | | 09/03/2010 | | | | 739.38 |
| Account No. **1260**<br><br>**Founders Insurance Company**<br>**1645 E. Birchwood Ave.**<br>**Des Plaines, IL 60018-3003** | | - | | 1/2009<br>Insurance Policy | | | | 1,017.00 |
| Account No. **Ruiz000001**<br><br>**Fredrick Chiropractic Plus**<br>**3930 West Washington**<br>**Suite B**<br>**Gurnee, IL 60031** | | - | | 8 -2005 - 1-2006<br>medical bill | | | | 270.00 |
| Account No. **60088937**<br><br>**Gemb/Jcp**<br>**Po Box 981402**<br>**El Paso, TX 79998** | | J | | 05/1994<br>credit | | | | 200.00 |
| Account No. **123238423.1**<br><br>**Global Medical Imaging, S.C.**<br>**1724  Momentum Place**<br>**Chicago, IL 60689-5317** | | J | | 11/05/2010<br>medical | | | | 410.00 |

Sheet no. **_18_** of **_42_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,636.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
       **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **DT25123211972.1** <br><br> **Global Medical Imaging, S.C.** <br> **1724  Momentum Place** <br> **Chicago, IL 60689-5317** | | J | | 08/18/2010 <br> medical | | | | 520.00 |
| Account No. **143094.1** <br><br> **Global Medical Imaging, S.C.** <br> **1724  Momentum Place** <br> **Chicago, IL 60689-5317** | | J | | 06/07/2011 <br> healthcare | | | | 90.00 |
| Account No. **143094.1** <br><br> **Global Medical Imaging, S.C.** <br> **1724  Momentum Place** <br> **Chicago, IL 60689-5317** | | J | | 2011 <br> medical | | | | 90.00 |
| Account No. **0981196249** <br><br> **gourmet** <br> **PO BOX 97666** <br> **Boone, IA 50037** | | J | | 1/29/09 <br> food | | | | 24.00 |
| Account No. <br><br> **greenleaf Orthopaedic** <br> **105 N Greenleaf st** <br> **Gurnee, IL 60031** | | J | | 06/28/2007 <br> health | | | | 113.00 |

Sheet no. __19__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 837.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
        **Manuel Ruiz**

Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **469495**<br><br>**Groot Industries Inc.**<br>**PO BOX 1325**<br>**Elk Grove Village, IL 60009** | | J | | | 04/01/2011<br>services | | | | 152.41 |
| Account No. **23143**<br><br>**Hand Surgery and Specialty**<br>**1 Transam Plaza Dr**<br>**Villa Park, IL 60181** | | J | | | 11/12/2010 | | | | 1,445.00 |
| Account No. **5155-9900-5124-1994**<br><br>**Hsbc Bank**<br>**Po Box 17051**<br>**Baltimore, MD 21297-1051** | | J | | | 06/14/2011<br>credit | | | | 434.00 |
| Account No. **109284**<br><br>**Hsbc/Rs**<br>**Pob 15521**<br>**Wilmington, DE 19805** | | - | | | Opened 5/01/98 Last Active 3/01/07<br>ChargeAccount | | | | Unknown |
| Account No. **352561**<br><br>**I.C System, Inc.**<br>**444 Highway 96 East, P.O. Box 64437**<br>**Saint Paul, MN 55164-0437** | | J | | | 09/08<br>medical | | | | 740.00 |

Sheet no. __20__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,771.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
       **Manuel Ruiz**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3525613001<br><br>I.C. System Inc. (Original Creditor<br>P.O. Box 64378<br>St Paul, MN 55164 | - | | Opened  9/03/08  Last Active  1/01/09<br>Collection Banfield The Pet Hospital | | | | 740.00 |
| Account No. 9652<br><br>Illinois Collection Service Inc.<br>P.O Box 646<br>Oak Lawn, IL 60454 | - | | NorthEast Radiology Associates | | | | 526.00 |
| Account No. p18191098<br><br>Illinois Department of Revenue<br>P.O. Box 19043<br>ICS Payment and Correspondence Unit<br>Springfield, IL 62794 | | J | 03/31/2011<br>overpayment | | | | 1,791.72 |
| Account No. p18191098<br><br>Illinois Department of Revenue<br>P.O. Box 19043<br>ICS Payment and Correspondence Unit<br>Springfield, IL 62794 | | J | 03/31/2011 | | | | 644.00 |
| Account No. p18191098<br><br>Illinois Department of Revenue<br>P.O. Box 19043<br>ICS Payment and Correspondence Unit<br>Springfield, IL 62794 | | J | 12/31/2004 | | | | 2,421.80 |

Sheet no. __21__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,123.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
        **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois secretary of state**<br>**213 State Capitol**<br>**Springfield, IL 62756** | | J | **2011**<br>**suspended license** | | | | **0.00** |
| Account No. **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**<br><br>**Internal Revenue Service**<br>**P.O. Box 970024**<br>**Cincinnati, OH 45999** | | J | **12-21-2006**<br>**taxes** | | | | **61,032.51** |
| Account No. **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**<br><br>**Internal Revenue Service**<br>**P.O. Box 970024**<br>**Cincinnati, OH 45999** | | J | **12-31-2002**<br>**taxes** | | | | **18,791.51** |
| Account No. **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**<br><br>**Internal Revenue Service**<br>**P.O. Box 970024**<br>**Cincinnati, OH 45999** | | J | **12/31/2005**<br>**irs taxes** | | | | **83,230.12** |
| Account No. **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**<br><br>**Internal Revenue Service**<br>**P.O. Box 9013**<br>**Holtsville, NY 11742** | | J | **03/21/2011**<br>**irs** | | | | **40,501.68** |

Sheet no. __22__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**203,555.82**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **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** <br><br> **Internal Revenue Service** <br> **P.O. Box 9013** <br> **Holtsville, NY 11742** | | J | | | | | | **0.00** |
| Account No. **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** <br><br> **Internal Revenue Service** <br> **P.O. Box 970024** <br> **Saint Louis, MO 63197-0024** | | J | | **12/31/2005** <br> **taxes** | | | | **2,534.00** |
| Account No. **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** <br><br> **Internal Revenue Service** <br> **P.O. Box 970024** <br> **Saint Louis, MO 63197-0024** | | J | | **07/30/2008** <br> **taxes** | | | | **536.00** |
| Account No. **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** <br><br> **Internal Revenue Service** <br> **P.O. Box 970024** <br> **Saint Louis, MO 63197-0024** | | J | | **2008** <br> **taxes** | | | | **1,565.00** |
| Account No. <br><br> **JANE** <br> **P.O. BOX 37693** <br> **Boone, IA 50037-4693** | | - | | | | | | **20.00** |

Sheet no. __**23**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,655.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**                                                    Case No. _____
        **Manuel Ruiz**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **32675** <br><br> **KCA Financial Services, Inc.** <br> **628 North Street** <br> **Post Office Box Number 53** <br> **Geneva, IL 60134** | - | | | **2007** <br> **Water bill Village of Gurnee** | | | | **60.00** |
| Account No. **2010tr1889** <br><br> **Kenosha County, Circuit court** <br> **912 56th st room 204** <br> **Kenosha, WI 53140** | | J | | **08/11/2010** <br> **court** | | | | **154.60** |
| Account No. **252685** <br><br> **Lake County** <br> **3010 Grand Ave** <br> **Waukegan, IL 60085** | | J | | **06/12/2011** <br> **medical** | | | | **387.00** |
| Account No. **03-25-409-066** <br><br> **Lake County Collector** <br> **18 N. County St., Suite 102** <br> **Waukegan, IL 60085-4361** | | J | | **09/06/2011** <br> **taxes** | | | | **3,051.71** |
| Account No. **252685** <br><br> **Lake County Health Department** <br> **3010 Grand Avenue** <br> **Waukegan, IL 60085** | | J | | **04/28/2010** <br> **healthcare** | | | | **99.00** |

Sheet no. __24__ of __42__ sheets attached to Schedule of                     Subtotal                      **3,752.31**
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
　　　　　**Manuel Ruiz,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **43155019** <br><br> **Lake Forest Hospital** <br> **660 North Westmoreland Road** <br> **Lake Forest, IL 60045** | - | | | 01/05/2006 <br> hospital bill | | | | 18,778.00 |
| Account No. **68188713** <br><br> **Lake Forest Hospital** <br> **660 N. Westmoreland Road** <br> **Lake Forest, IL 60045** | | J | | 06/04/2010 <br> medical | | | | 505.00 |
| Account No. **67339408** <br><br> **Lake Forest Hospital** <br> **660 N. Westmoreland Road** <br> **Lake Forest, IL 60045** | | J | | 01/23/2010 <br> healthcare | | | | 2,931.50 |
| Account No. **10310000728659** <br><br> **Lasalle National** | | J | | 07/03 <br> credit | | | | 19,962.00 |
| Account No. **0701** <br><br> **Latina** <br> **P.O. Box 37794** <br> **Boone, IA 50037** | - | | | 2007 <br> mag. subscript | | | | 20.00 |

Sheet no. __25__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,196.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
       **Manuel Ruiz**
                                                                   Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **manuel ruiz** <br><br> **Lebell Dobroski Morgan LLP** <br> **309 North Water St Suite 350** <br> **Milwaukee, WI 53202** | | J | **1/23/2010** <br> **Town of Somers, Kenosha County** | | | | 0.00 |
| Account No. 9808296 <br><br> **Lucky** <br> **P.O. Box 4002898** <br> **Des Moines, IA 50340-2998** | | - | **magazine subscription** | | | | 20.00 |
| Account No. 4447-9621-1327-8323 <br><br> **Lvnv Funding Llc** <br> **Po Box 10584** <br> **Greenville, SC 29603** | | J | **06/08** <br> **collection** | | | | 1,280.00 |
| Account No. 5331199 <br><br> **Malcolm S. Gerald and Assoc.** <br> **332 South Michigan Avenue** <br> **Suite 600** <br> **Chicago, IL 60604** | | J | **02/05/2011** <br> **Lake Forest ER** | | | | 452.00 |
| Account No. 67339408 <br><br> **Malcolm S. Gerald and Assoc.** <br> **332 South Michigan Avenue** <br> **Suite 600** <br> **Chicago, IL 60604** | | J | **Northwestern Lake Forest Hospital** | | | | 2,931.50 |

Sheet no. __26__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    4,683.50

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn Marie Ruiz,**
    **Manuel Ruiz**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2794**<br><br>**Malcolm S. Gerald and Assoc. Inc.**<br>**332 South Michigan Ave.**<br>**Suite 600**<br>**Chicago, IL 60604** | - | | **Original Creditor Lake Forest hospital also collections for Lake Forest E.R. Physicians** | | | | 1,000.00 |
| Account No. **982242701**<br><br>**Medco Financial Associates, Inc.**<br>**P.O. Box 525**<br>**Gurnee, IL 60031** | | J | **10/11/2010**<br>**healthcare** | | | | 973.00 |
| Account No. **1671**<br><br>**Merchants Credit Guide Co.**<br>**223 W. Jackson Blvd**<br>**Chicago, IL 60606** | - | | **2008**<br>**Tribune subscription** | | | | 30.00 |
| Account No. **1724705**<br><br>**Midway Emergency Physicians**<br>**P.O. Box 404320**<br>**Atlanta, GA 30384-4320** | | J | **06/20/2008**<br>**medical** | | | | 439.00 |
| Account No. **4659**<br><br>**Midwest Living**<br>**1716 Locust Street**<br>**Des Moines, IA 50309-3023** | - | | **2007**<br>**Magazine subscription** | | | | 20.00 |

Sheet no. __27__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,462.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 232983252572<br><br>**Millenium Credit Consultants**<br>**149 E Thompson Ave**<br>**West St Paul, MN 55118** | - | | Opened  1/01/06  Last Active 11/01/05<br>Collection Tcf National Ba | | | | 661.00 |
| Account No. 26982511392.1<br><br>**Milwaukee radiology**<br>**39856 TReasurey Ctr**<br>**Chicago, IL 60694** | | J | 2011<br>med | | | | 52.79 |
| Account No. 26982511392.1<br><br>**Milwaukee radiology**<br>**39856 TReasurey Ctr**<br>**Chicago, IL 60694** | | J | 8/22/2011<br>med | | | | 52.79 |
| Account No. 4659<br><br>**More Magazine**<br>**P.O. Box  37342**<br>**Boone, IA 50037** | - | | 2007<br>mag sub. | | | | 20.00 |
| Account No. 16711097<br><br>**NCO Financial Systems, Inc.**<br>**1804 Washington Blvd.**<br>**Mailstop 450**<br>**Baltimore, MD 21230** | | J | 04/27/2011 | | | | 211.90 |

Sheet no. __28__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

998.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

                                                   ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1671** <br><br> **NCO Financial/980 <br> PO Box 13570 <br> Philadelphia, PA 19101** | | J | | 02/11 <br> **state toll** | | | | 211.00 |
| Account No. **08-158522** <br><br> **Newport Fire <br> PO BOX 457 <br> Wheeling, IL 60090** | | J | | 06/20/2008 <br> **healthcare** | | | | 620.00 |
| Account No. **Manuel Ruiz** <br><br> **North Chicago Police Department <br> PO BOX 42034 <br> Phoenix, AZ 85080** | | J | | 03/23/2011 <br> **tickets** | | | | 200.00 |
| Account No. **231723594** <br><br> **North Shore Agency Inc <br> PO BOX 8901 <br> Westbury, NY 11590** | | J | | 8/9/2007 | | | | 37.09 |
| Account No. <br><br> **North Shore Agency, Inc. <br> 751 Summa Ave. <br> Westbury, NY 11590** | | - | | 2007 <br> **magazine subscriptions** | | | | 90.00 |

Sheet no. __**29**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,158.09

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn Marie Ruiz,**
**Manuel Ruiz**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **97393**<br><br>**North Shore Cardiologists**<br>**2151 Waukegan**<br>**Suite 100**<br>**Bannockburn, IL 60015-1884** | - | | 06/23/2007<br>medical bill | | | | 50.00 |
| Account No. **4500058764563**<br><br>**North Shore Gas**<br>**P.O. Box A 3991**<br>**Chicago, IL 60690-3991** | | J | 07/29/2011<br>gas | | | | 114.52 |
| Account No.<br><br>**North Shore Sanitary district**<br>**PO BOX 2140 Bedford Park**<br>**Bedford Park, IL 60499** | | J | | | | | 0.00 |
| Account No. **10056**<br><br>**Northern Illinois collectionService**<br>**P.O.Box 287**<br>**Waukegan, IL 60079** | - | | 2007 | | | | 670.00 |
| Account No. **4500058764563**<br><br>**Northshore Natural Gas**<br>**13478 Victoria Ln**<br>**beach park, IL 60083** | | J | 06/30/2011<br>gas | | | | 53.03 |

Sheet no. __30__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

887.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
       **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **69553741** <br><br> **Northwestern Lake Forest Hospital** <br> **660 North Westmoreland Road** <br> **Lake Forest, IL 60045-1659** | | J | | 01/06/2011 | | | | **7,400.50** |
| Account No. **5331199** <br><br> **Northwestern Lake Forest Hospital** <br> **75 Remittance dr#1951** <br> **Chicago, IL 60675** | | J | | 11/17/2010 <br> medical | | | | **663.00** |
| Account No. **69113546** <br><br> **Northwestern Lake Forest Hospital** <br> **660 North Westmoreland Road** <br> **Lake Forest, IL 60045-1659** | | J | | 10/30/2010 <br> medical | | | | **7,777.50** |
| Account No. **68652239** <br><br> **Northwestern Lake Forest Hospital** <br> **660 North Westmoreland Road** <br> **Lake Forest, IL 60045-1659** | | J | | 08/24/2010 <br> medical | | | | **13,295.00** |
| Account No. **69553741** <br><br> **Northwestern Lake Forest Hospital** <br> **660 North Westmoreland Road** <br> **Lake Forest, IL 60045-1659** | | J | | 01/06/2011 <br> medical | | | | **7,400.50** |

Sheet no. __31__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**36,536.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**                                                        Case No. _____
      **Manuel Ruiz**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **652276** | | | | **Original creditor Lake County Radioly** | | | | |
| **OAC** **P.O. Box 371100** **Milwaukee, WI 53237** | - | | | | | | | **100.00** |
| Account No. **R200-5556-3190** | | | | 03/28/2011 | | | | |
| **Office of the Secretary of State** **2701 South Dirksen prkway** **Springfield, IL 62723** | | J | | | | | | **0.00** |
| Account No. **5155-9900-5124-1994** | | | | 06/14/2011 hsbc cARD | | | | |
| **orchard bank** **PO Box 17051** **Baltimore, MD 21297-1051** | | J | | | | | | **424.05** |
| Account No. | | | | | | | | |
| **Pasi** **7100 Commerce Way, suite 100** **Brentwood, TN 37027** | | J | | | | | | **0.00** |
| Account No. **P615696** | | | | 06/12/2011 parking ticket | | | | |
| **Penn Credit Corp.** **P.O. Box 988** **Harrisburg, PA 17108** | | J | | | | | | **80.00** |

Sheet no. __32__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **604.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
      **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2213**<br><br>**Penn Credit Corporation**<br>**P.O. Box 988**<br>**Harrisburg, PA 17108-0988** | - | | **2007**<br>**magazine subscription** | | | | 140.00 |
| Account No. **450005876**<br><br>**Peoples Energey**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60601** | | J | **08/10**<br>**electricity** | | | | 52.00 |
| Account No. **4500054608558**<br><br>**Peoplesene**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60601** | - | | **Opened  6/01/09  Last Active  8/01/09**<br>**Other** | | | | 322.00 |
| Account No. **HSBC -55990000413389**<br><br>**Portfolio**<br>**120 Corporate Blvd, Ste 100**<br>**Norfolk, VA 23502** | - | | **Opened 11/01/08  Last Active 11/01/07** | | | | 562.00 |
| Account No. **5155990000413389**<br><br>**Portfolio Recvry&Affil (Original Cr**<br>**120 Corporate Blvd Ste 1**<br>**Norfolk, VA 23502** | - | | **Opened 11/21/08  Last Active 11/01/09**<br>**FactoringCompanyAccount Hsbc Card**<br>**Services  Iii  Inc.** | | | | 562.00 |

Sheet no. __33__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,638.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
         **Manuel Ruiz**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2527638** <br><br> **Provida Life Sciences** <br> **PO BOX 57287** <br> **Sherman Oaks, CA 91413** | | J | 04/07/2010 <br> **body makeover** | | | | 250.00 |
| Account No. **08-0198-13235** <br><br> **Quest Diagnostics** <br> **P.O. Box 64804** <br> **Baltimore, MD 21264-4804** | | J | 01/19/2009 <br> **credit** | | | | 153.58 |
| Account No. **10401200** <br><br> **Racine Water and Race Water Utiliti** <br> **800 Center st rm 227** <br> **Racine, WI 53403** | | J | 2011 <br> **utilities** | | | | 420.00 |
| Account No. **10401200** <br><br> **Racine Water and Waste** <br> **PO BOX 080948** <br> **Racine, WI 53408** | | J | 02/21/2011 <br> **water and waste** | | | | 127.38 |
| Account No. **N0326884** <br><br> **Redflex Traffic Systems** <br> **23751 N 23rd Ave** <br> **Phoenix, AZ 85085** | | J | 6/23/2011 <br> **photo enforcement** | | | | 200.00 |

Sheet no. __34__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,150.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
**Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **082311DR** | | | | **2011** **remax** | | | | |
| **Remax Showcase** **Corporate Headquarters** **5445 Grand ave Suit 205** **Gurnee, IL 60031** | | | J | | | | | 1,917.82 |
| Account No. **2003574413** | | | | **03/31** | | | | |
| **Remax, LLC** **PO BOX 3907** **Englewood, CO 80155** | | | J | | | | | 1,400.00 |
| Account No. **4-726** | | | | **2007** **Mag. Sub** | | | | |
| **Ritmo y Pasion** **PO Box 91501** **Indianapolis, IN 46291-0009** | | | - | | | | | 30.00 |
| Account No. **6496** | | | | **2007** | | | | |
| **RMCB Collection Agency** **2269 S. Saw Mill River Rd** **Elmsford, NY 10523** | | | - | | | | | 30.00 |
| Account No. **242701** | | | | **05/24/20010** **healthcare** | | | | |
| **Rosalind Franklin University Health** **PO BOX 610** **North Chicago, IL 60064** | | | J | | | | | 973.00 |

Sheet no. __35__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,350.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
**Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Senex funding llc** | | J | | | | | 0.00 |
| Account No. **034467** <br><br>**Senex Services Corp.** <br>**1574 Momentum Place** <br>**Chicago, IL 60689-5315** | | - | | | | | 600.00 |
| Account No. **09-112** <br><br>**Sunset Lake/ Aurora** <br>**1610 Sunset Ave** <br>**Waukegan, IL 60087** | | J | **2010** <br>**water and waste** | | | | 681.06 |
| Account No. **333690036** <br><br>**Target Nb** <br>**C/O Target Credit Services** <br>**Minneapolis, MN 55440-0673** | | - | **Opened 12/15/99  Last Active 11/12/09** <br>**ChargeAccount** | | | | 161.00 |
| Account No. **68397710** <br><br>**Taste of Home** <br>**PO BOX 26825** <br>**Lehigh Valley, PA 18002** | | J | **04/2011** <br>**food** | | | | 183.82 |

Sheet no. __**36**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,625.88

9/08/11  5:00PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dawn Marie Ruiz,**
　　　　 **Manuel Ruiz**                                                            Case No. _____

                                                                    ,
                                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **9612** | | | | | **2007** | | | | |
| **The Hearst Corp.** **Box 8464** **Red Oak, IA 51591-1464** | - | | | | **magazine subsscription** | | | | 15.00 |
| Account No. **70400463584470001** | | | | | **Opened 3/07/06 Last Active 6/09/07** | | | | |
| **Toyota Motor Credit** **1111 W 22nd St Ste 420** **Oak Brook, IL 60523** | - | | | | **Automobile** | | | | 16,199.72 |
| Account No. **0023-8701-08** | | | | | **First Midwest Bank** | | | | |
| **Tracker, Inc.** **P.O. Box 1227** **1970 Spruce Hills Drive** **Bettendorf, IA 52722** | - | | | | | | | | 800.00 |
| Account No. **3771** | | | | | **2008** | | | | |
| **Travelers Remittance Center** **One Tower Square** **Hartford, CT 06183-1001** | - | | | | **Insurance bill** | | | | 155.00 |
| Account No. **1956** | | | | | **07/07** | | | | |
| **United Collect Bur Inc** **5620 Southwyck Blvd** **Toledo, OH 43614** | J | | | | **medical payment** | | | | 123.00 |

Sheet no. __**37**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,292.72**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
　　　　**Manuel Ruiz**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **703791** <br><br> **Unknown (Original Creditor:Unknown)** | - | | | **Opened  9/01/06  Last Active  7/01/06** <br> **MedicalDebt Unknown** | | | | 43.00 |
| Account No. **795876** <br><br> **Unknown (Original Creditor:Unknown)** | - | | | **Opened  5/01/07  Last Active  3/01/07** <br> **MedicalDebt Unknown** | | | | 35.00 |
| Account No. 17140 <br><br> **Vernon Hills Pediatrics** <br> **10 Phillip RD Suite 111** <br> **Vernon Hills, IL 60061** | | | | **2/2007- 5/2008** <br> **medical bill** | | | | 240.00 |
| Account No. 17140 <br><br> **Vernon Hills Pediatrics** <br> **10 Phillip rd Suite 111** <br> **Vernon Hills, IL 60061** | | | J | **05/08/2008** <br> **medical** | | | | 235.00 |
| Account No. 17141 <br><br> **Vernon Hills Pediatrics** <br> **10 Phillip Rd,** <br> **Suite 111** <br> **Vernon Hills, IL 60061** | | | J | **05/08/2008** <br> **medical** | | | | 150.00 |

Sheet no. __38__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

703.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
    **Manuel Ruiz**

Case No. _____

,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0050088100** <br><br> **Village of Beach Park** <br> **11270 W Wadsworth Rd** <br> **Beach Park, IL 60099** | | J | 05/02/2011 <br> utilities | | | | 46.81 |
| Account No. **2112188** <br><br> **Vista health Systems Patient Financ** <br> **1324 N. Sheridan Road** <br> **Waukegan, IL 60085-2161** | | J | 08/27/2011 <br> medical | | | | 375.17 |
| Account No. **2731724705** <br><br> **Vista Imaging Assoc.** <br> **Dept 5339** <br> **PO Box 2049** <br> **Milwaukee, WI 53201-2049** | | J | 07/24/2008 <br> medical | | | | 50.00 |
| Account No. **49662116085.1** <br><br> **Vista Imaging Assoc.** <br> **Dept 5339** <br> **PO Box 2049** <br> **Milwaukee, WI 53201-2049** | | J | 08/2011 <br> medical | | | | 56.00 |
| Account No. **49662112188.1** <br><br> **Vista Imaging Assoc.** <br> **Dept 5339** <br> **PO Box 2049** <br> **Milwaukee, WI 53201-2049** | | J | 8/2011 <br> medical | | | | 30.00 |

Sheet no. __39__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

557.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**
        **Manuel Ruiz**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | J | 03/15/2011 | | | | |
| **Vista Medical Center East** **P.O. Box 504316** **Saint Louis, MO 63150-4316** | | | | | | | 899.29 |
| Account No. 1724705 | | J | 07/22/2008 healthcare | | | | |
| **Vista Medical Center East** **P.O. Box 504316** **Saint Louis, MO 63150-4316** | | | | | | | 1,340.24 |
| Account No. 0006 | | - | 2007 DVD | | | | |
| **Warren Newport Public Library** **224 N. O'Plain Rd** **Gurnee, IL 60031** | | | | | | | 90.00 |
| Account No. | | - | 2007 Tuition | | | | |
| **Warren Township High SchoolDistrict** **17962 W. Gages Lake Road** **Gages Lake, IL 60030** | | | | | | | 280.00 |
| Account No. **Megan Ruiz** | | J | 07/25/2010 school | | | | |
| **Warren Township Highschool District** **500 N Oplaine rd** **Gurnee, IL 60031** | | | | | | | 278.00 |

Sheet no. __40__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,887.53

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dawn Marie Ruiz,**                                      Case No. _____
        **Manuel Ruiz**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **44-2013-0** <br><br> **Waste Management** <br> **Attn Billing Dept.** <br> **1411 Opus Place Suite 400** <br> **Downers Grove, IL 60515** | - | | | **2006** <br> **Garbage pick-up** | | | | 120.00 |
| Account No. **0050088100** <br><br> **water and sewer dpt** <br> **11270 w Wadsworth Rd** <br> **Zion, IL 60099** | | | J | **05/03/2011** <br> **water** | | | | 89.31 |
| Account No. <br><br> **Waterton Property Management LLC** | | | J | **law suit** | | | | 3,523.61 |
| Account No. **24756756** <br><br> **West Asset Management (Original Cre** <br> **2703 W Highway 75** <br> **Sherman, TX 75092** | - | | | **Opened 8/26/09 Last Active 10/01/09** <br> **Collection At T** | | | | 500.00 |
| Account No. **781748-14** <br><br> **Wilber & Associates, PC** <br> **PO BOX 2159** <br> **Bloomington, IL 61702** | | | J | **07/26/2010** <br> **USAA** | | | | 11,228.15 |

Sheet no. __41__ of __42__ sheets attached to Schedule of      Subtotal      15,461.07
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn Marie Ruiz,**
       **Manuel Ruiz**

Case No. _____

_____ ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **67961** <br><br> **Wisconsin Department of Transportat** <br> **PO BOX 7979** <br> **Madison, WI 53707** | | J | 01/26/2010 | | | | **4,372.17** |
| Account No. <br><br> **Wisconsin Secretary of State** <br> **30 W. Mifflin 10th floor** <br> **Madison, WI 53703** | | J | 2011 <br> suspended license | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __42__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **4,372.17** |
| Total (Report on Summary of Schedules) | **590,673.01** |

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Dawn Marie Ruiz,**
       **Manuel Ruiz**

Case No. _____

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Dawn Marie Ruiz,**
         **Manuel Ruiz**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re      **Dawn Marie Ruiz**
           **Manuel Ruiz**                                           Case No. _____
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**daughter**<br>**daughter** | AGE(S):<br>**17**<br>**19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Realtor** | |
| Name of Employer | **Remax Showcase** | **Unemployed** |
| How long employed | **12 years** | |
| Address of Employer | **1095 N. Greenbay Road**<br>**Waukegan, IL 60085** | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **1,500.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **1,500.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|    b.  Insurance | $ | **0.00** | $ | **0.00** |
|    c.  Union dues | $ | **0.00** | $ | **0.00** |
|    d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,500.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify):      **Umemployment Compensation** | $ | **0.00** | $ | **1,280.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **1,280.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,500.00** | $ | **1,280.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **2,780.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Dawn Marie Ruiz**
     **Manuel Ruiz**                             Case No. _____

                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | **3,600.00** |
|    a. Are real estate taxes included?      Yes ___     No  **X** | | |
|    b. Is property insurance included?       Yes ___     No  **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | **200.00** |
|               b. Water and sewer | $ | **60.00** |
|               c. Telephone | $ | **180.00** |
|               d. Other  **Cell Phone** | $ | **55.00** |
| 3. Home maintenance (repairs and upkeep) | $ | **40.00** |
| 4. Food | $ | **450.00** |
| 5. Clothing | $ | **162.00** |
| 6. Laundry and dry cleaning | $ | **30.00** |
| 7. Medical and dental expenses | $ | **60.00** |
| 8. Transportation (not including car payments) | $ | **250.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | **0.00** |
| 10. Charitable contributions | $ | **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | **0.00** |
|               b. Life | $ | **0.00** |
|               c. Health | $ | **0.00** |
|               d. Auto | $ | **120.00** |
|               e. Other | $ | **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)   **Real Estate Taxes** | $ | **650.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | **250.00** |
|               b. Other | $ | **0.00** |
|               c. Other | $ | **0.00** |
| 14. Alimony, maintenance, and support paid to others | $ | **0.00** |
| 15. Payments for support of additional dependents not living at your home | $ | **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | **0.00** |
| 17. Other | $ | **0.00** |
|     Other | $ | **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **6,107.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | **2,780.00** |
| b.    Average monthly expenses from Line 18 above | $ | **6,107.00** |
| c.    Monthly net income (a. minus b.) | $ | **-3,327.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Dawn Marie Ruiz**
       **Manuel Ruiz**

               Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **57**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September  8, 2011**

Signature   **/s/ Dawn Marie Ruiz**
              **Dawn Marie Ruiz**
              Debtor

Date   **September  8, 2011**

Signature   **/s/ Manuel Ruiz**
              **Manuel Ruiz**
              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dawn Marie Ruiz**
**Manuel Ruiz**                                          Case No.

_____
                           Debtor(s)                    Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$55,550.00** | **2009 YTD: Debtor Real Estate commissions** |
| **$40,084.91** | **2008: Debtor Real Estate commissions** |
| **$81,153.90** | **2007: Debtor Real Estate commissions** |
| **$21,688.00** | **2010: Husband Employment Income** |
| **$29,340.00** | **2009: Husband Employment Income** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **U.S. Bank National Association** **vs.**          **Case number  07 CH 2183** **Manuel Ruiz** **Dawn Ruiz** | **Foreclosure** | **In the Circuit Court for the 19th** **Judicial Circuit** **Lake County, Illinois** | **Judgment** |
| **Vista Medical Center East** **11SC692** **Vs.** **Dawn Ruiz** | **Collection** | **In The circuit Court of The 19th** **Judicial circuit Lake County, Illinois** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **WatertonProperty Management LLC 04LM283 Vs Dawn Ruiz** | **Collection** | **In The Circuit Court Of The Nineteenth Judicial Circuit Lake County Illinois** | **Judgment** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Marcelino Diaz LLC**<br>**2215 W. Grand Avenue**<br>**Suite A**<br>**Waukegan, IL 60085** | **12/05/2009** | **$300.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                           ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                             RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS               NATURE OF INTEREST               PERCENTAGE OF INTEREST

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS               TITLE                           NATURE AND PERCENTAGE
                                                               OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                           ADDRESS                         DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS               TITLE                           DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                 DATE AND PURPOSE                AMOUNT OF MONEY
OF RECIPIENT,                  OF WITHDRAWAL                   OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                                         VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
       of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                               TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date    **September  8, 2011**              Signature    **/s/ Dawn Marie Ruiz**
                                                         **Dawn Marie Ruiz**
                                                         Debtor

Date    **September  8, 2011**              Signature    **/s/ Manuel Ruiz**
                                                         **Manuel Ruiz**
                                                         Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dawn Marie Ruiz**
         **Manuel Ruiz**                                          Case No. _____
                                          Debtor(s)    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**America's Servicing Co** | **Describe Property Securing Debt:**<br>**13478 W. Victoria Lane**<br>**Beach Park, IL 60083** |

Property will be (check one):
■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**1528 Owen Ave Racine, Wisconsin 53403** |

Property will be (check one):
☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**SN Servicing Corporation** | **Describe Property Securing Debt:**<br>**13478 W. Victoria Lane**<br>**Beach Park, IL 60083** |

Property will be (check one):

■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                              □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□  YES           □  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September  8, 2011** _____     Signature     **/s/ Dawn Marie Ruiz** _____
                                                                  **Dawn Marie Ruiz**
                                                                  Debtor


Date  **September  8, 2011** _____     Signature     **/s/ Manuel Ruiz** _____
                                                                  **Manuel Ruiz**
                                                                  Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Dawn Marie Ruiz**
**Manuel Ruiz**

Case No.

Debtor(s)

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,700.00 |
| Prior to the filing of this statement I have received | $ | 1,700.00 |
| Balance Due | $ | 0.00 |

2.  $  **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **September  8, 2011**

**/s/ Marcelino Diaz**
**Marcelino Diaz 6271542**
**Law Offices of Marcelino Diaz**
**2215 W. Grand Avenue**
**Suite A**
**Waukegan, IL 60085**
**(847) 244-7288  Fax: (847) 244-7294**
**lawyermdiaz@yahoo.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re | **Dawn Marie Ruiz**
**Manuel Ruiz** | Case No.
Debtor(s) | Chapter | **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Dawn Marie Ruiz**<br>**Manuel Ruiz** | X  **/s/ Dawn Marie Ruiz** | **September  8, 2011** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X  **/s/ Manuel Ruiz** | **September  8, 2011** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dawn Marie Ruiz**
**Manuel Ruiz**

Debtor(s)

Case No.
Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **182**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September  8, 2011**

**/s/ Dawn Marie Ruiz**
**Dawn Marie Ruiz**
Signature of Debtor

Date:  **September  8, 2011**

**/s/ Manuel Ruiz**
**Manuel Ruiz**
Signature of Debtor

Account Receivable Collections
P.O. Box 42220 Dept B
Cincinnati, OH 45242

Account Recovery Services
3031 N 114th st
Milwaukee, WI 53222

AFNI Insurance Services
PO BOX 3068
Bloomington, IL 61702

Afni, Inc.
404 Brock Drive
Bloomington, IL 61702-3517

Allied interstate
3000 Corporate Exchange Driv
5 th Floor
Columbus, OH 43231

Allied Interstate
1800 Braodway
Bldg 4A
Buffalo, NY 14212-2001

Allied Interstate Inc.
P.O. Box 5023
Consumer Service Department
New York, NY 10163

allstate
PO BOX 3589
Akron, OH 44309

AMCA Collection Agency
2269 S. Saw Mill River Road Bldg 3
Elmsford, NY 10523

America's Servicing Co

American Family Insurance Group
6000 American PKWY
Madison, WI 53783

AR Resources, Inc.
PO Box 10336
Jacksonville, FL 32247


Armor System Corporation
1700 Kiefer Dr.
Suite 1
Zion, IL 60099-5105


Aspire/Cb&T
Po Box 105555
Atlanta, GA 30348


Aurora Health Care Metro
PO BOX 341100
Milwaukee, WI 53234


Aurora Medical Center Kenosha
10400 75th street
Kenosha, WI 53142


Bay Area Credit ServiceLLC
50 Airport Pkwy
Suite 100
San Jose, CA 95110


Beta Finance Company, Inc.
P.O. Box 660232
Indianapolis, IN 46266


Brookfield Emergency Physicians, SC
P.O. Box 13648
Wauwatosa, WI 53213-0648


Bureau Of Collection R (Original Cr
7575 Corporate Way
Eden Prairie, MN 55344


Bureau of Parking/ Compliance
106 N. Martin Luther King jr. Ave
Waukegan, IL 60085

C.B. U.S.A. Inc.
Meunich Court and Hohman Ave.
P.O. Box 8000
Hammond, IN 46325-8000


Cambridge At Heatherstone
PO BOX 66416
Chicago, IL 60666


Cambridge At Heatherstone HOA
C/O Foster Premier Inc.
P.O. Box 66416
Chicago, IL 60666-0416


Cap One
P.O. Box 60024
City Of Industry, CA 91716-0024


Capital One
Po Box 6492
Carol Stream, IL 60197


Capital One Bank
PO BOX 71083
Charlotte, NC 28272


Cardmember Service
P. O. Box 790408
Saint Louis, MO 63179-0408


Cbe Group (Original Creditor:Elmbro
131 Towe Park Dr Suite 1
Waterloo, IA 50702


Ccs/First National Ban
500 E 60th St N
Sioux Falls, SD 57104


Central Credit Services, Inc.
P.O. Box 15118
Jacksonville, FL 32239


Centurion Service Corporation
1606 Colonial Parkway
Inverness, IL 60067-4738

Certifed Svc (Original Creditor:Med
1733 Washington
Suite 201
Waukegan, IL 60079


Certified Services
1733 Washington St
Ste 201
Waukegan, IL 60085


Certified Services Inc
201 Waukegan
Waukegan, IL 60085


Certified Services INC
PO BOX 177
Waukegan, IL 60079


Certified Services Inc (Original Cr
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services Inc.
PO Box 177
Waukegan, IL 60079-0177


Cetified Services, Inc.
P.O. Box 177
Waukegan, IL 60079-0177


Chase
PO Box 24696
Columbus, OH 43224


Chase
PO Box 9001020
Louisville, KY 40290


Chicago Home
P.O. Box 52780
Boulder, CO 80322-7280


Citi-Bp Oil
Po Box 6497
Sioux Falls, SD 57117

city of Evanston Citation Process
PO BOX 3214
Milwaukee, WI 53201


Clinic of Urology
PO BOX 14457
Milwaukee, WI 53214


Collection Company Of (Original Cre
700 Longwater Dr
Norwell, MA 02061


Collection Company Of America
P.O. Box 806
Norwell, MA 02061-2370


columbia house video club
PO BOX 91601
Rantoul, IL 61866


Comcast Cable
P.O. Box 3002
Southeastern, PA 19398-3002


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Common Wealth Edison
two wells ave
Newton Center, MA 02459


Computer Credit Services
5340 N. Clark St.
Chicago, IL 60640


Consolidated Pathology Consultants
75 Remittance Dr.
Suite 1895
Chicago, IL 60675-1895


CPA
P. O. Box
Dallas, TX 75380

Credit collection Services
Two wells Avenue
Dept. 9135
Newton Center, MA 02459


Credit Management Cont (Original Cr
Po Box 1654
Green Bay, WI 54305


Credit Management Lp (Original Cred
4200 International Pkwy
Carrollton, TX 75007


Dee Sign Company
6163 Allen Road
West Chester, OH 45069


Dept 542
PO BOX 4115
Concord, CA 94524


DeRose Dental Office
316 Fifth Street
Racine, WI 53403


Division of Business Management
PO BOX 7915
Madison, WI 53707


domino
PO Box 37760
Boone, IA 50037-0760


Dorian B LaSaine
456 Fulton Suite 210
Peoria, IL 61602


Durham & Durham L.L.P.
5665 New Northside Drive
Suite 340
Atlanta, GA 30328


Echelon Recovery INC
PO Box 1880
Voorhees, NJ 08043

Elan Financial Services
P.O. Box 108
Saint Louis, MO 63166-9801


Elle decor
P.O. Box 55850
Boulder, CO 80322-5850


Elmbrook Memorial
Box 68-9540
Milwaukee, WI 53268


Ermed SC
PO BOX 78012
Milwaukee, WI 53278


Farmer, Poklop, Hoppa & Company
1100 S. Old Rand Road
Certified Public Accountants
Lake Zurich, IL 60047


Fidelity Information C (Original Cr
Po Box 49938
Los Angeles, CA 90049


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


first Source
8755 West Higgins Suite 800
Chicago, IL 60631


Founders Insurance Company
1645 E. Birchwood Ave.
Des Plaines, IL 60018-3003


Fredrick Chiropractic Plus
3930 West Washington
Suite B
Gurnee, IL 60031

Freedman, Anselmo, Lindberg & Rappe
1807 W. Diehl Road
Suite 333
Naperville, IL 60566-7228


Gemb/Jcp
Po Box 981402
El Paso, TX 79998


Global Medical Imaging, S.C.
1724 Momentum Place
Chicago, IL 60689-5317


gourmet
PO BOX 97666
Boone, IA 50037


greenleaf Orthopaedic
105 N Greenleaf st
Gurnee, IL 60031


Groot Industries Inc.
PO BOX 1325
Elk Grove Village, IL 60009


Gurnee School District 56
900 Kilourne Road
Gurnee, IL 60031


Hand Surgery and Specialty
1 Transam Plaza Dr
Villa Park, IL 60181


Hsbc Bank
Po Box 17051
Baltimore, MD 21297-1051


Hsbc/Rs
Pob 15521
Wilmington, DE 19805


I.C System, Inc.
444 Highway 96 East, P.O. Box 64437
Saint Paul, MN 55164-0437

I.C. System Inc. (Original Creditor
P.O. Box 64378
St Paul, MN 55164


Illinois Collection Service Inc.
P.O Box 646
Oak Lawn, IL 60454


Illinois Department of Revenue
P.O. Box 19043
ICS Payment and Correspondence Unit
Springfield, IL 62794


Illinois secretary of state
213 State Capitol
Springfield, IL 62756


Internal Revenue Service
P.O. Box 970024
Saint Louis, MO 63197-0024


Internal Revenue Service
P.O. Box 970024
Cincinnati, OH 45999


Internal Revenue Service
P.O. Box 9013
Holtsville, NY 11742


JANE
P.O. BOX 37693
Boone, IA 50037-4693


KCA Financial Services, Inc.
628 North Street
Post Office Box Number 53
Geneva, IL 60134


Kenosha County, Circuit court
912 56th st room 204
Kenosha, WI 53140


Lake County
3010 Grand Ave
Waukegan, IL 60085

Lake County Collector
18 N. County St., Suite 102
Waukegan, IL 60085-4361


Lake County Health Department
3010 Grand Avenue
Waukegan, IL 60085


Lake Forest Hospital
660 North Westmoreland Road
Lake Forest, IL 60045


Lake Forest hospital
75 Remittance Drive Suite 1834
Chicago, IL 60675


Lasalle National


Latina
P.O. Box 37794
Boone, IA 50037


Lebell Dobroski Morgan LLP
309 North Water St Suite 350
Milwaukee, WI 53202


Lucky
P.O. Box 4002898
Des Moines, IA 50340-2998


Lvnv Funding Llc
Po Box 10584
Greenville, SC 29603


Malcolm S. Gerald and Assoc.
332 South Michigan Avenue
Suite 600
Chicago, IL 60604


Malcolm S. Gerald and Assoc. Inc.
332 South Michigan Ave.
Suite 600
Chicago, IL 60604

Medco Financial Associates, Inc.
P.O. Box 525
Gurnee, IL 60031


Merchants Credit Guide Co.
223 W. Jackson Blvd
Chicago, IL 60606


Midway Emergency Physicians
P.O. Box 404320
Atlanta, GA 30384-4320


Midwest Living
1716 Locust Street
Des Moines, IA 50309-3023


Millenium Credit Consultants
149 E Thompson Ave
West St Paul, MN 55118


Milwaukee radiology
39856 TReasurey Ctr
Chicago, IL 60694


More Magazine
P.O. Box 37342
Boone, IA 50037


NCO Financial Systems, Inc.
1804 Washington Blvd.
Mailstop 450
Baltimore, MD 21230


NCO Financial/980
PO Box 13570
Philadelphia, PA 19101


Newport Fire
PO BOX 457
Wheeling, IL 60090


North Chicago Police Department
PO BOX 42034
Phoenix, AZ 85080

North Shore Agency Inc
PO BOX 8901
Westbury, NY 11590


North Shore Agency, Inc.
751 Summa Ave.
Westbury, NY 11590


North Shore Cardiologists
2151 Waukegan
Suite 100
Bannockburn, IL 60015-1884


North Shore Gas
P.O. Box A 3991
Chicago, IL 60690-3991


North Shore Sanitary district
PO BOX 2140 Bedford Park
Bedford Park, IL 60499


Northern Illinois Collection Servic
P.O. Box 287
Waukegan, IL 60085


Northern Illinois collectionService
P.O.Box 287
Waukegan, IL 60079


Northshore Natural Gas
13478 Victoria Ln
beach park, IL 60083


Northwestern Lake Forest Hospital
660 North Westmoreland Road
Lake Forest, IL 60045-1659


OAC
P.O. Box 371100
Milwaukee, WI 53237


Office of the Secretary of State
2701 South Dirksen prkway
Springfield, IL 62723

orchard bank
PO Box 17051
Baltimore, MD 21297-1051


Pasi
7100 Commerce Way, suite 100
Brentwood, TN 37027


Penn Credit Corp.
P.O. Box 988
Harrisburg, PA 17108


Penn Credit Corporation
P.O. Box 988
Harrisburg, PA 17108-0988


Peoples Energey
130 E. Randolph Drive
Chicago, IL 60601


Peoplesene
130 E. Randolph Drive
Chicago, IL 60601


Portfolio
120 Corporate Blvd, Ste 100
Norfolk, VA 23502


Portfolio Recvry&Affil (Original Cr
120 Corporate Blvd Ste 1
Norfolk, VA 23502


Provida Life Sciences
PO BOX 57287
Sherman Oaks, CA 91413


Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804


Racine Water and Race Water Utiliti
800 Center st rm 227
Racine, WI 53403

Racine Water and Waste
PO BOX 080948
Racine, WI 53408


Redflex Traffic Systems
23751 N 23rd Ave
Phoenix, AZ 85085


Remax Showcase
Corporate Headquarters
5445 Grand ave Suit 205
Gurnee, IL 60031


Remax, LLC
PO BOX 3907
Englewood, CO 80155


Ritmo y Pasion
PO Box 91501
Indianapolis, IN 46291-0009


RMCB Collection Agency
2269 S. Saw Mill River Rd
Elmsford, NY 10523


RMS
4836 Broadsville Rd
PO Box 498
Richfield, OH 44286


Rosalind Franklin University Health
PO BOX 610
North Chicago, IL 60064


Sanford Kahn Ltd
180 N Lasalle St Suite 2025
Chicago, IL 60601


Senex funding llc


Senex Services Corp.
1574 Momentum Place
Chicago, IL 60689-5315

Silkies
P.O. Box 70120
Philadelphia, PA 19176-0120


Slater, Tenaglia, Fritz 7 Hunt P.A.
301 Third Street
Ocean City, NJ 08226


SN Servicing Corporation
323 5th street
Racine, WI 53403


SRA Assoc., Inc.
401 Minnetonka Rd
Hi Nella, NJ 08083


Sunset Lake/ Aurora
1610 Sunset Ave
Waukegan, IL 60087


Target Nb
C/O Target Credit Services
Minneapolis, MN 55440-0673


Taste of Home
PO BOX 26825
Lehigh Valley, PA 18002


The Hearst Corp.
Box 8464
Red Oak, IA 51591-1464


Toyota Motor Credit
1111 W 22nd St Ste 420
Oak Brook, IL 60523


Tracker, Inc.
P.O. Box 1227
1970 Spruce Hills Drive
Bettendorf, IA 52722


Travelers Remittance Center
One Tower Square
Hartford, CT 06183-1001

Unique National Collections
119 E. Maple St.
Jeffersonville, IN 47130


United Collect Bur Inc
5620 Southwyck Blvd
Toledo, OH 43614


Unknown (Original Creditor:Unknown)


Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842


Vernon Hills Pediatrics
10 Phillip RD Suite 111
Vernon Hills, IL 60061


Village of Beach Park
11270 W Wadsworth Rd
Beach Park, IL 60099


Vista health Systems Patient Financ
1324 N. Sheridan Road
Waukegan, IL 60085-2161


Vista Imaging Assoc.
Dept 5339
PO Box 2049
Milwaukee, WI 53201-2049


Vista Medical Center East
P.O. Box 504316
Saint Louis, MO 63150-4316


Warren Newport Public Library
224 N. O'Plain Rd
Gurnee, IL 60031


Warren Township High SchoolDistrict
17962 W. Gages Lake Road
Gages Lake, IL 60030

Warren Township Highschool District
500 N Oplaine rd
Gurnee, IL 60031


Waste Management
Attn Billing Dept.
1411 Opus Place Suite 400
Downers Grove, IL 60515


water and sewer dpt
11270 w Wadsworth Rd
Zion, IL 60099


Waterton Property Management LLC


West Asset Management (Original Cre
2703 W Highway 75
Sherman, TX 75092


Wilber & Associates, PC
PO BOX 2159
Bloomington, IL 61702


Wisconsin Department of Transportat
PO BOX 7979
Madison, WI 53707


Wisconsin Secretary of State
30 W. Mifflin 10th floor
Madison, WI 53703